JEFFREY PIERCE *v.* COMMISSIONER
OF CORRECTION
(AC 32966)

DiPentima, C. J., and Sheldon and Pellegrino, Js.

Argued March 8—officially released March 27, 2012

Per Curiam. The appeal is dismissed.

JOSEPH ANCONA *v.* COMMISSIONER
OF CORRECTION
(AC 33022)

Lavine, Alvord and Schaller, Js.

Argued March 13—officially released April 3, 2012

Per Curiam. The appeal is dismissed.

STATE OF CONNECTICUT *v.* OSCAR L. ANDERSON
(AC 33622)

Lavine, Alvord and Espinosa, Js.

Argued March 19—officially released April 3, 2012

Per Curiam. The judgment is affirmed.